AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Stanley Ruhland,<br>*Plaintiff*<br>v.<br>Michael Rodriguez Diaz, Kayla Transport Inc, 365 Car Transport, LLC<br>*Defendant* | Civil Action No.  2:21-cv-03990-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Defendants and any insurers issuing payment on behalf of the Defendants are ordered to effectuate payment of all settlement funds within five (5) days of the date of this Order.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   June 27, 2023                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                      s/D. Gray

                                                                          *Signature of Clerk or Deputy Clerk*