# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Stanley Ruhland, Individually and as Executor of the Estate of Joanne Caldararo Ruhland, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Rodriguez Diaz, Kayla Transport, Inc., and 365 Car Transport, LLC, <br><br> Defendants. | CASE NO.: 2:21-cv-3990-BHH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

All claims set forth by the plaintiff Stanley Ruhland, Individually and as Executor of the Estate of Joanne Caldararo Ruhland ("Plaintiff"), against the defendants, Michael Rodriguez Diaz, Kayla Transport, Inc., and 365 Car Transport, LLC (collectively, the "Defendants"), having been settled in full,

NOW, THEREFORE, the Plaintiff and Defendants hereby stipulate, by and through their undersigned counsel, that this matter be dismissed with prejudice, each party to bear its own costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| *s/Perry Buckner* | *s/T. David Rheney* |
| Douglas E. Jennings, Fed. ID. 11348 | T. David Rheney, Fed. ID #5030 |
| Perry Buckner, Fed. ID. 11298 | Michael W. Rabb, Fed ID #13129 |
| YARBOROUGH APPLEGATE LLC | GALLIVAN, WHITE & BOYD, P.A. |
| 291 East Bay Street, 2nd Floor | 55 Beattie Place, Suite 1200 (29601) |
| Charleston, South Carolina 29401 | Post Office Box 10589 |
| 843-972-0150 | Greenville, SC 29602 |
| 843-439-0969 Mobile | 864-271-9580 |
| 843-277-6691 FAX | 864-271-7502 FAX |
| douglas@yarboroughapplegate.com | drheney@gwblawfirm.com |
| perry@yarboroughapplegate.com | mrabb@gwblawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants, Michael Rodriguez Diaz and Kayla Transport, Inc.* |

-2-

*s/Richard W. Simmons, II*
Richard W. Simmons, II, Fed. ID No. 13781
SPEED, SETA, MARTIN, TRIVETT,
    STUBLEY & FICKLING, LLC
Post Office Box 11669
Columbia, South Carolina 29211
803-748-2724 DIRECT
803-748-2919
803-748-2735 FAX
rsimmons@speed-seta.com
*Attorney for 365 Car Transport, LLC*

-2-